IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRYAN LEDFORD, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANSON J. ARMSTEAD; CERES ) <br> TRANSPORT, LLC, ) <br> individually, and d/b/a ) <br> ANDRE'S DELIVERY, LLC; ) <br> PROTECTIVE INSURANCE ) <br> COMPANY; ANDRES DELIVERY, ) <br> LLC; and PENSKE TRUCK ) <br> LEASING CORPORATION, ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV420-259 |

**O R D E R**

Before the Court is the parties' Consent Motion to Substitute Corporate Defendant and Correct Misnomer. (Doc. 20.) After careful consideration, the Parties' motion (Doc. 20) is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED**, that Penske Truck Leasing Corporation be **DISMISSED** from this action **WITHOUT PREJUDICE** and this action proceed against the remaining named Defendants: Anson J. Armstead; Ceres Transport, LLC, individually, and d/b/a Andre's Delivery, LLC; Protective Insurance Company; and Andre's Delivery, LLC. **IT IS FURTHER ORDERED** that Penske Truck Leasing Co., L.P. be added as a party to the action. The Clerk of Court is **DIRECTED** to

amend the caption accordingly. A summons will be issued herewith for service on Penske Truck Leasing Co., L.P.

SO ORDERED this 5th day of January 2021.

                                      WILLIAM T. MOORE, JR.
                                      UNITED STATES DISTRICT COURT
                                      SOUTHERN DISTRICT OF GEORGIA