IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| BRYAN LEDFORD,<br><br>    Plaintiff,<br><br>v.<br><br>ANSON J. ARMSTEAD; CERES<br>TRANSPORT, LLC, individually,<br>and d/b/a Andre's Delivery, LLC;<br>PROTECTIVE INSURANCE COMPANY;<br>ANDRE'S DELIVERY, LLC; and<br>PENSKE TRUCK LEASING CO., L.P.,<br><br>    Defendants. | CASE NO. CV420-259 |

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE.** Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 6TH day of May 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA